UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

UNITED STATES OF AMERICA,

    Plaintiff,

vs.          CIVIL NO. 3:22-cv-277

ALKA S. PATEL

JESHIL R. PATEL,

        JUDGE

    Defendants.

## COMPLAINT OF THE UNITED STATES OF AMERICA AGAINST ALKA S. PATEL AND JESHIL R. PATEL FOR BREACH OF CONTRACT

Now comes the United States of America, by and through its legal representative, the United States Attorney for the Southern District of Ohio, and for its cause of action alleges:

1. Jurisdiction is founded on 28 U.S.C. § 1345.

2. At least one defendant operates and/or lives within this judicial district and division.

3. This debt arose in connection with Defendants' SBA-insured loan.

4. 7-11 Laundramat, LLC entered into, and Defendants Alka S. Patel and Jeshil R. Patel guaranteed, a $364,000 loan, 75% of which was guaranteed by the United States Small Business Administration. Copies of the loan and guarantees are attached hereto as Exhibits A and B, respectively.

5. In March, 2017, Defendants defaulted on said loan by failing to make payments.

6. 7-11 Laundramat, LLC has been administratively dissolved.

7. Defendants have failed to pay the amount due and owing, despite demand for payment being sent.

8. Defendants owe $276,883.13 together with accrued interest through September 20, 2022 of $61,240.48, plus administrative / other charges of $122,003.37, for a total amount due and owing of $460,126.98.

**WHEREFORE,** Plaintiff prays for judgment against Defendant in the amount of $276,883.13 together with accrued interest through September 20, 2022 of $61,240.48, plus administrative / other charges of $122,003.37, for a total amount due and owing of $460,126.98 and for all further relief to which Plaintiff is entitled, including an award of post-judgment interest at the highest rate allowable by law, and for all further just and proper orders.

Respectfully submitted,

KENNETH L. PARKER
United States Attorney

*s/ Joseph M. McCandlish*
JOSEPH M. McCANDLISH (0073775)
Assistant United States Attorney
Attorney for Plaintiff
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Ph: (614) 469-5715
Fax: (614) 469-5240
Joseph.McCandlish@usdoj.gov